UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-11043-RAM
CHAPTER: 13

IN RE:

CARLOS VISBAL and
CARMEN A. SANTOS,

    Debtors.
_____/

**SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF**
**CHAPTER 13 PLAN [DE 142]**

MOVANT, 1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC. ("Association"), a secured creditor, by and through its undersigned attorney, objects to confirmation of the Debtors' Fourth Amended Chapter 13 Plan (the "Plan") [DE 142], and states:

1. The Debtors' Plan fails to provide for full payment of the Association's secured claim in violation of the requirements of §1325(a)(5).

2. As of the petition date, the Debtors were in arrears with the Association with respect to the payment of maintenance assessments. The Association filed its proof of claim on April 13, 2021 in the secured amount of $130,639.43 (Claim #5). While the Debtors' Plan seeks to value the Association's collateral, the Debtors' motion has not been ruled upon; the Plan fails to provide for payment of the arrears. Additionally, the Association is conducting a full appraisal and inspection of the collateral to determine the actual fair market value of same.

3. The Association has not accepted the Plan.

WHEREFORE, Movant, 1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC. files this objection to confirmation of the Debtors' Plan and moves the Court to deny confirmation of said Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

    Siegfried Rivera
    Attorneys for Association
    201 Alhambra Circle, Eleventh Floor
    Coral Gables, FL 33134
    Telephone: 305-442-3334
    jberlowitz@siegfriedrivera.com

By:/s/ Jeffrey S. Berlowitz, Esq.
    Jeffrey S. Berlowitz, Esq.
    Florida Bar No. 963739

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 8th day of February, 2022 to: Angelena M. Conant, Esq., 1931 Cordova Road #303, Fort Lauderdale, Florida 33316, (amrootesq@gmail.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027.

By:/s/ Jeffrey S. Berlowitz, Esq.
    Jeffrey S. Berlowitz, Esq.

- 2 -

**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292**