Certificate Number: 14912-FLS-DE-035417462

Bankruptcy Case Number: 21-11043


14912-FLS-DE-035417462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2021, at 3:57 o'clock PM EST, Carlos Visbal completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: March 2, 2021     By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor