Certificate Number: 14912-FLS-DE-035417463

Bankruptcy Case Number: 21-11043



14912-FLS-DE-035417463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2021</u>, at <u>3:57</u> o'clock <u>PM EST</u>, <u>Carmen Santos</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:  <u>March 2, 2021</u>     By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>