

**ORDERED in the Southern District of Florida on February 9, 2022.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In Re:
Carlos Visbal                                            Case No.: 21-11043-RAM
Carmen A Santos,
    Debtors.                                        Chapter 13
_____/

### <u>ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM 3</u>

THIS MATTER came before the Court on February 8, 2022, upon the Debtor's Objection to Claim #3 of LVNV Funding ("Creditor") [ECF No. 77] ("Objection").  Based upon the Debtors' Objection, proper service of Objection and Notice of Hearing on same [ECF Nos. 77, 124, 136] on Creditor, no response was filed, the Creditor did not appear at the hearing, Debtor's counsel represented Creditor's position of no opposition to the relief sought, it is hereby

    **ORDERED:**

1.    The Objection is **SUSTAINED**.

2.    Claim #3 of LVNV Funding is hereby stricken and disallowed in its entirety.

                        ###

<u>**Order Submitted by:**</u>
Angelena M. Conant, Florida Bar No.:  101751
Angelena M. Root, P.A., 1931 Cordova Road, #303, Fort Lauderdale, FL  33316
Telephone:  (954) 986-2101, E-Mail: amrootesq@gmail.com
(Attorney Conant is directed to serve a copy of this order on all interested parties and file a Certificate of Service reflecting same with the Court.)