


**ORDERED in the Southern District of Florida on March 12, 2022.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CARLOS VISBAL
CARMEN A. SANTOS

CASE NO. 21-11043-RAM
CHAPTER 13

Debtors.
_______________________________/

**ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM 7-1**

**THIS CASE** came on for hearing on March 8, 2022 at 9:00AM on the Debtor's Objection to Claim Number 7-1 (Doc. No. 81) ("Objection") and the Response to the Objection filed by Westlake Services, LLC dba Westlake Financial Services ("Creditor") (Doc. No. 146). For the reasons stated orally on the record, it is

**ORDERED:**

1. The Objection (Doc. No.81) is overruled.

2. The Proof of Claim Number 7-1 is allowed as filed.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA FIRST CLASS MAIL**
Carlos Visbal
Carmen A. Santos
290 Lawn Way
Miami Springs, FL 33166

**VIA CM/ECF NOTICE**
Angelena M. Conant
1931 Cordova Road, #303
Fort Lauderdale, FL 33316

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130