

**ORDERED in the Southern District of Florida on March 16, 2022.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In Re:
Carlos Visbal                                    Case No.: 21-11043-RAM
Carmen A Santos,
    Debtors.                                  Chapter 13
_____/

**ORDER GRANTING MOTION TO VALUE AND**
**DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY**
**HELD BY WESTLAKE FINANCIAL SERVICES**

    THIS CASE came to be heard on March 8, 2022 at 9:00 a.m., on the Debtors' Motion to Value and Determine Secured Status of Lien on Personal Property [ECF No. 71] (the "Motion") and the Response to Debtors' Motion to Value and Determine Secured Status of Lien on Personal Property filed by Creditor, Westlake Services LLC dba Westlake Financial Services [ECF No. 145] (the "Response"). Based upon the Debtors' assertions made in support of the Motion, over the Creditor's objection for reasons stated on the record, having considered the record in this case, and being duly advised in the premises,

    The Court **FINDS** the value of the Debtors' personal property, a motor vehicle, more particularly described below (the "Personal Property") as of the filing of this case is

$9,000.00.

        Year and Model of motor vehicle: 2015 MAZDA CX-9
        Vehicle Identification Number (VIN #): JM3TB2CA3F0454928
        Odometer reading: 100,000

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $9,000.00.

3. Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 3,840.78, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at an interest rate of 0.0 % for a total of $12,840.78.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the Debtors receive a discharge in this chapter 13 case.

6. Upon notification that the Debtors have received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

**Order Submitted by:**
Angelena M. Conant, Florida Bar No.: 101751
Angelena M. Root, P.A., 1931 Cordova Road, #303, Fort Lauderdale, FL  33316
Telephone:  (954) 986-2101, E-Mail: amrootesq@gmail.com
(Attorney Conant is directed to serve a copy of this order on all interested parties and file a Certificate of Service reflecting same with the Court.)