

ORDERED in the Southern District of Florida on March 16, 2022.

Robert A. Mark, Judge
United States Bankruptcy Court

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In Re:
Carlos Visbal
Carmen A Santos,
    Debtors.
_____/

Case No.: 21-11043-RAM

Chapter 13

### ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM 5

THIS MATTER came before the Court on March 8, 2022 at 9:00 a.m., upon the Debtors' Objection to Claim #5 of 1800 Biscayne Plaza Condominium Association, Inc. [ECF No. 83] (the "Objection") and 1800 Biscayne Plaza Condominium Association, Inc.'s Response to Debtors' Objection to Claim (DE 83) [ECF No. 103] (the "Response"). Upon agreement of the Debtors and the Association, it is hereby

**ORDERED:**

1. The Objection [ECF No. 83] is overruled.

2. The Proof of Claim Number 5 filed by the Association is allowed as filed.

###

**Order Submitted by:**
Angelena M. Conant, Florida Bar No.: 101751
Angelena M. Root, P.A., 1931 Cordova Road, #303, Fort Lauderdale, FL 33316
Telephone: (954) 986-2101, E-Mail: amrootesq@gmail.com
(Attorney Conant is directed to serve a copy of this order on all interested parties and file a Certificate of Service reflecting same with the Court.)