UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-11043-RAM
CHAPTER: 13

IN RE:

CARLOS VISBAL and
CARMEN A. SANTOS,

  Debtors.
_____/

**1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC.**
**NOTICE OF CHANGE OF ADDRESS**

Secured creditor, **1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC.**, hereby gives notice of the following change of address as follows:

**OLD ADDRESS**
**275 NE 18 STREET**
**MIAMI BEACH, FL 33132**

**NEW ADDRESS**
**1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC.**
**c/o KW Property Management & Consulting**
**8200 NW 33 Street, Suite 300**
**Miami, Fl 33122**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

SIEGFRIED RIVERA
Attorneys for Association
201 Alhambra Circle, 11th Floor
Coral Gables, Florida 33134
Phone: (305) 442-3334 /Fax: (305) 443-3292
Email: aesteras@siegfriedrivera.com

By: */s/ Awilda Esteras*
    Awilda Esteras, Esq.
    Florida Bar Number: 605174

- 2 -

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Request for Bankruptcy Notice has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 8th day of September, 2022 to: Angelena M. Conant, Esq., 1931 Cordova Road #303, Fort Lauderdale, Florida 33316, (angelena@amrootlaw.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027.

        By: */s/ Awilda Esteras*
           Awilda Esteras, Esq.
           Florida Bar Number:  605174

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292