IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Southern District of Florida
MIAMI DIVISION

IN RE: CARLOS VISBAL and CARMEN A SANTOS

CASE NO. 1-21-BK-11043

CLAIM: 7

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, WESTLAKE FINANCIAL SERVICES hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**WESTLAKE FINANCIAL SERVICES**
**4751 WILSHIRE BLVD**
**LOS ANGELES CA 90010-3827**

To the new address below:

**WESTLAKE FINANCIAL SERVICES**
**c/o Peritus Portfolio Services II L**
**PO BOX 141419**
**IRVING TX 75014**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough                                              Date: 1/12/2023
Georgina Yarbrough
Telephone: (866) 831-5954