UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-11043-RAM
CHAPTER: 13

IN RE:

CARLOS VISBAL and
CARMEN A. SANTOS,

   Debtors.
_____/

**1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC.'S
AMENDED[1] NOTICE OF PAYMENT CHANGE**

1800 Biscayne Plaza Condominium Association, Inc. ("Association"), by and through counsel, hereby gives notice of the following payment change on the regular monthly maintenance assessment ("Assessment") due from the Debtors to the Association as follows:

    a.    Commencing March 1, 2023, the Association maintenance charges will increase to $1,088.80, which the Debtors remain liable to the Association. The Association requests that the necessary action be taken to ensure that the correct payments are provided for by the Debtors.

    b.    Additionally, a post-petition Special Assessment in the amount of $351.06 was issued and payment went into effect as of November 1, 2022.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

        Siegfried Rivera
        Attorneys for 1800 Biscayne Plaza Condominium Association, Inc.
        201 Alhambra Circle, 11th Floor
        Coral Gables, FL 33134
        Telephone: 305-442-3334
        Fax:  305-443-3292
        aesteras@siegfriedrivera.com

    By:    /s/ Awilda Esteras, Esq.
        Awilda Esteras, Esq.
        Florida Bar No. 605174

---

[1] Amended to correct effective date of post-petition Special Assessment.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 7th day of February, 2023 to Angelena M. Conant, Esq., 1931 Cordova Road #303, Fort Lauderdale, Florida 33316, (amrootesq@gmail.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027; and to all other parties subject to receiving service by the Court's CM/ECF notifications procedures.

By: <u>/s/ Awilda Esteras, Esq.</u>
      Awilda Esteras, Esq.

- 2 -

**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292**