**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In Re:
Carlos Visbal                                                    Case No.: 21-11043-RAM
Carmen A Santos,
     Debtors.                                              Chapter 13
_____ /

## DEBTORS' LIMITED OPPOSITION TO TRUSTEE'S REQUEST TO REDIRECT

Debtors, Carlos Visbal and Carmen A. Santos, by and through their undersigned counsel, files this Limited Opposition to Trustee's Request to Redirect, and in support thereof states as follows:

1.     On September 26, 2023, the Trustee filed a request to redirect the secured payments previously paid to Westlake Financial to the other unsecured creditors.

2.     The Debtors respectfully oppose this request in that the additional funds be distributed to the unsecured creditors because the Debtors have been using these funds for public transportation, now that they are without a vehicle.

3.     The Debtors need to submit a request to modify the plan to account for this expense and to remove the secured payment earmarked for Westlake Financial.

4.     Accordingly, the Debtors request this Court to deny the request to redirect the aforementioned funds and or defer ruling on this portion of the Trustee's Request.

WHEREFORE, the Debtors respectfully request this Court deny the redirect request or in the alternative defer ruling on same, and for all other relief this Court deem just and proper.

By: _/s/ Angelena M. Conant_____
     Angelena M. Conant
     Florida Bar No. 101751
     Angelena M. Root, P.A.
     1931 Cordova Road, #303
     Fort Lauderdale, Florida  33316

Telephone:     (954) 986-2101
Email: amrootesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023 true and correct copies of the foregoing limited response was furnished via CM/ECF to the parties below.

Jeffrey S. Berlowitz on behalf of Creditor 1800 Biscayne Plaza Condominium Association, Inc
jberlowitz@siegfriedrivera.com, jortega@siegfriedrivera.com,

Gavin N. Steward on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com,

Gavin N Stewart on behalf of Creditor Westlake Services, LLC dba Westlake Financial Services
bk@stewartlegalgroup.com,

Nancy Neidich, Trustee--e2c8f01@ch13miami.com, ecf2@ch13miami.com,

Office of the US Trustee--USTPRegion21.MM.ECF@usdoj.gov

Matthew Tillma on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.
matthew.tillma@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Matthew Tillma on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.,
Home Equity Asset Trust 2006-4
matthew.tillma@bonialpc.com, Notices.Bonial@ecf.courtdrive.com.

By:  /s/ Angelena M. Conant
Angelena M. Conant
Florida Bar No. 101751
Angelena M. Root, P.A.
1931 Cordova Road, #303
Fort Lauderdale, Florida  33316
Telephone:     (954) 986-2101
Email: amrootesq@gmail.com