

**ORDERED in the Southern District of Florida on November 15, 2023.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO.   21-11043-RAM

CARLOS VISABAL
CARMEN A SANTOS
    Debtor

_____/

**ORDER GRANTING OBJECTION TO CLAIM OF WESTLAKE FINANCIAL SERVICES, LLC** (CLAIM #7) (ECF #194)

THIS CASE came before the Court on the Chapter 13 Consent Calendar on Objection to Claim of Westlake Financial Services, LLC (CLAIM #7) (ECF #194) on November 14, 2023, and based on the record, it is ORDERED as follows:

1. The Objection to Claim of Westlake Financial Services, LLC (CLAIM #7) (ECF #194) is Sustained.

2. Claim #7 is reduced to $3,754.24.

3. Any funds earmarked in the plan to pay  the secured portion of Claim #7 in excess of the amount of $4,500.00 already paid shall be redirected to other creditors in the plan. .

\* \* \*

Submitted by
    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE

P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court