UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-11043-RAM
CHAPTER: 13

IN RE:

CARLOS VISBAL and
CARMEN A. SANTOS,

   Debtors.
_____/

**1800 BISCAYNE PLAZA CONDOMINIUM ASSOCIATION, INC.'S**
**NOTICE OF PAYMENT CHANGE**

      Secured Creditor 1800 Biscayne Plaza Condominium Association, Inc. ("Association"), by and through counsel, hereby gives notice of the following payment change on the regular monthly maintenance assessment ("Assessment") due from the Debtors to the Association as follows:

    a. Commencing **March 1, 2023**, the Association maintenance charges increased to **$1,100.92**, which the Debtors remain liable to the Association. The Association requests that the necessary action be taken to ensure that the correct payments are provided for by the Debtors.

    b. Commencing **September 1, 2023**, the Association maintenance charges increased to **$1,267.62**, which the Debtors remain liable to the Association. The Association requests that the necessary action be taken to ensure that the correct payments are provided for by the Debtors.

    c. Commencing **January 1, 2024**, the Association maintenance charges increase to **$1,354.92**, which the Debtors remain liable to the Association. The Association requests that the necessary action be taken to ensure that the correct payments are provided for by the Debtors

    d. Commencing **January 1, 2025**, the Association maintenance charges increased to **$1,424.28**, which the Debtors remain liable to the Association. The Association requests that the necessary action be taken to ensure that the correct payments are

**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292**

provided for by the Debtors

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

        Siegfried Rivera
        Attorneys for 1800 Biscayne Plaza Condominium Association, Inc.
        201 Alhambra Circle, 11th Floor
        Coral Gables, FL 33134
        Telephone: 305-442-3334
        Fax:  305-443-3292
        aesteras@siegfriedrivera.com

By:    /s/ Awilda Esteras, Esq.
        Awilda Esteras, Esq.
        Florida Bar No. 605174

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 11th day of March 2025, to Angelena M. Conant, Esq., 1931 Cordova Road #303, Fort Lauderdale, Florida 33316, (amrootesq@gmail.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027; and to all other parties subject to receiving service by the Court's CM/ECF notifications procedures.

By:    /s/ Awilda Esteras, Esq.
        Awilda Esteras, Esq.

- 2 -

**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292**